AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dustin Lee LEEVER | ) | Case No. 21-mj-00067-JMC |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about February 12, 2021, in the State and District of Colorado, the defendant Dustin Lee LEEVER, did travel interstate with the intent to kill, injure, harass, or intimidate an intimate partner, in violation of 18 U.S.C. § 2261A(1)(A)(i) and (1)(B).

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Ryan McKone*
*Complainant's signature*

Ryan P. McKone, Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 04/08/2021

*Judge's signature*

City and state: Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*