DEFENDANT:  Dustin Lee LEEVER

YEAR OF BIRTH:  1982     AGE: 38

ADDRESS:  Denver, CO 80246

OFFENSE:   Traveling interstate with the intent to harm, harass injure or kill an intimate partner , in violation of 18 U.S.C. § 2261(1)(A)(i) and (1)(B)

LOCATION OF OFFENSE
(County and State):  Denver COUNTY, COLORADO

PENALTY:    NMT 5 years' imprisonment; NMT $250,000 fine or both; NMT 3 years' supervised release; $100 special assessment

AGENT/DEPUTY:  RYAN MCKONE, ATF SPECIAL AGENT

AUTHORIZED BY:  CELESTE RANGEL, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

  X    five days or less        _____ over five days         _____ other

THE GOVERNMENT

   X    Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

  _____ Will not seek detention.

The statutory presumption of detention is applicable to this defendant.

OCDETF case:   _____ Yes    __**X**___ No

1