AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 21-mj-00067-JMC |
| ) | |
| Dustin Lee LEEVER ) | |
| *Defendant* ) | |
| ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dustin Lee LEEVER, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about February 12, 2021, in the State and District of Colorado, the defendant Dustin Lee LEEVER, did travel interstate with the intent to kill, injure, harass, or intimidate an intimate partner, in violation of 18 U.S.C. § 2261A(1)(A)(i) and (1)(B)

Date: 04/08/2021

*Issuing officer's signature*

City and state: Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*