AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 APR 13 AM 10: 14

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
)
v. )
) Case No. 21-mj-00067-JMC
Dustin Lee LEEVER )
*Defendant* )
)

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dustin Lee LEEVER , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about February 12, 2021, in the State and District of Colorado, the defendant Dustin Lee LEEVER, did travel interstate with the intent to kill, injure, harass, or intimidate an intimate partner, in violation of 18 U.S.C. § 2261A(1)(A)(i) and (1)(B)

Date: 04/08/2021

_____
*Issuing officer's signature*

Michael E. Hegarty

City and state:   Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/08/21 , and the person was arrested on *(date)* 04/08/21
at *(city and state)* Denver, CO .

Date: 04/09/21

_____
*Arresting officer's signature*

Ryan McKenzie Special Agent
*Printed name and title*