IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  **21-cr-137-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DUSTIN LEE LEEVER,

    Defendants.

---

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From on or about January 1, 2021 through on or about February 15, 2021, in the State and District of Colorado and elsewhere, the defendant, DUSTIN LEE LEEVER, with the intent to harass, and intimidate another person, S.V., knowingly used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed S.V. in reasonable fear of death or serious bodily injury and caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to S.V., and did use a dangerous weapon during said offense.

    All in violation of Title 18, United States Code, Section 2261A(2)(A) and (B), and

2261(b)(3).

## COUNT 2

On or about February 12, 2021, in the State and District of Colorado and elsewhere, the defendant, DUSTIN LEE LEEVER, traveled in interstate commerce, between the State of Colorado and New Mexico, with the intent to harass, threaten, injure, intimidate, or kill S.V. and in the course of and as a result of such travel, placed S.V. in reasonable fear of death or serious bodily injury and caused, attempted to cause, or could reasonably be expected to cause substantial emotional distress to S.V.

All in violation of Title 18, United States Code, Section 2261A(1)(A)(i) and (1)(B), and 2261(b)(5).

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/Celeste Rangel
CELESTE RANGEL
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  celeste.rangel@usdoj.gov
Attorney for Government