| | |
|---|---|
| DEFENDANT: | DUSTIN LEE LEEVER |
| AGE or YOB: | 1982 |
| COMPLAINT FILED? | __X__ Yes  _____ No  If Yes, MAGISTRATE CASE NUMBER 21-mj-00067-MEH |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes  __ No  If No, a new warrant is required |
| OFFENSE(S): | Count 1: Cyberstalking, 18 U.S.C. § 2261A(2)<br>Count 2: Interstate Stalking, 18 U.S.C. § 2261(A)(1) |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | Count 1: NMT 10 years' imprisonment; $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment<br>Count 2: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Ryan McKone<br>Special Agent, ATF |
| AUTHORIZED BY: | Celeste Rangel<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less; __ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.

1