IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00137-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUSTIN LEE LEEVER,

    Defendant.
_____

## NOTICE OF DISPOSITION
_____

Defendant, Dustin Leever, by and through counsel, Jennifer Beck, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted this 21st day of January, 2022.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Jennifer Beck
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    jennifer_beck@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Celeste Rangel, Assistant United States Attorney
    Email: celeste.rangel@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dustin Leever (Via U.S. Mail)

    s/ Jennifer Beck
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    jennifer_beck@fd.org
    Attorney for Defendant