IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00137-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

    **DUSTIN LEE LEEVER,**

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

       I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 28th day of February, 2022.

                                COLE FINEGAN
                                United States Attorney

                 By:    *s/Albert Buchman*
                          ALBERT BUCHMAN
                          Assistant United States Attorney
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: 303-454-0100
                          Fax: 303-454-0405
                          Email: Al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 28th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Stephanie Price*
    Legal Assistant
    United States Attorney's Office