IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     21-CR-00137-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DUSTIN LEE LEEVER,

       Defendant.

---

**MOTION TO RESTRICT ACCESS**

---

       DUSTIN LEEVER, through the Office of the Federal Public Defender, and undersigned counsel Assistant Federal Public Defender Jennifer Beck, hereby respectfully requests that Docket Nos. 37 and 38 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

        I hereby certify that on October 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Celeste Rangel, Assistant United States Attorney
    Email: celeste.rangel@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dustin Leever (Via U.S. Mail)

        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        jennifer_beck@fd.org