IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00137-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DUSTIN LEE LEEVER,

      Defendant.

---

## MOTION FOR AN ADDITIONAL ONE-LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby moves the Court, pursuant to U.S.S.G. §3E1.1 for an additional one-level reduction as to Counts 2 through 4 based on the defendant's acceptance of responsibility.

Dated this 22nd day of October, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/*Celeste Rangel*
     CELESTE RANGEL
     Assistant U.S. Attorney
     United States Attorney's Office
     1801 California Street, Suite 1600
     Denver, CO 80202
     (303) 454-0100
     Fax: (303) 454-0409
     Email: celeste.rangel@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that October 22, 2022, I electronically filed the foregoing MOTION FOR AN ADDITIONAL ONE-LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1 with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Celeste Rangel*
Celeste Rangel
Assistant United States Attorney