IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00137-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DUSTIN LEE LEEVER,

      Defendant.

---

## MOTION TO DISMISS COUNT 1

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the government's Motion to Dismiss 1 as to the defendant in the above-captioned matter.  As grounds therefore, the government respectfully states to the Court as follows:

1.  The defendant is scheduled for sentencing on October 28, 2022, having entered a plea of guilty to Count 2 of the Indictment [ECF #14] pursuant to terms as enumerated within a written plea agreement [ECF #33].  Therefore, the government moves to dismiss the remaining count of the Indictment, Count 1.

2.  The government respectfully requests that the Court grant the government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.  This request is in accordance with the negotiated terms as contained within the agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining count of the Indictment as to this defendant at the time of sentencing in the above-captioned matter.

Dated this 22nd day of October, 2022.


Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/*Celeste Rangel*
CELESTE RANGEL
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: celeste.rangel@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2022, I electronically filed the foregoing MOTION TO DISMISS COUNT 1 with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Celeste Rangel*
Celeste Rangel
Assistant United States Attorney